AO 440 (Rev. 10/93) Summons in a Civil Action

CAB-01-019   3

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE February 15, 2001 |
|---|---|
| NAME OF SERVER (PRINT) George L. Wilhite | TITLE Civil Process Server |

### Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Left with Chief of Police, of South Padre Island, TX, Robert Rodriguez at South Padre Island, TX Police Dept.

United States District Court
Southern District of Texas
FILED
FEB 16 2001
Michael N. Milby
Clerk of Court

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $60.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/15/01
Date

Signature of Server George L. Wilhite

1162 Fairways
Harlingen, TX 78552
Address of Server

SUBSCRIBED AND SWORN TO BEFORE ME ON THIS THE 16th DAY OF February 2001

OLGA GONZALEZ
MY COMMISSION EXPIRES
November 25, 2001

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.