AO 440 (Rev. 10/93) Summons in a Civil Action

B-01-019-4

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE *February 14, 2001* |
| NAME OF SERVER (PRINT) *George L. Wilhite* | TITLE *Civil Process Ser* |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): *Delivered to South Padre Island, TX, City Manager, Raymond Kendall at South Padre Island, TX City Hall*

United States District Court
Southern District of Texas
FILED

FEB 16 2001

Michael N. Milby
Clerk of Court

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | 60.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *2/14/01*
Date

Signature of Server *George L Wilhite*

Address of Server *1162 Fairways Harlingen, TX 78552*

OLGA GONZALEZ
MY COMMISSION EXPIRES
November 25, 2001

SUBSCRIBED AND SWORN TO BEFORE ME ON THIS THE *16th* DAY OF *February*, 2001

*Olga Gonzalez*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.