5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 2 1 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| KOPY KAT SERVICES, INC. AND PATRICK MARK DESANTOS, | § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. B-01-019 |
| v. | § § | JURY DEMAND |
| THE TOWN OF SOUTH PADRE ISLAND, TEXAS AND ROBERT RODRIQUEZ, | § § § § | |
| Defendants. | § | |

## LIST OF ENTITIES INTERESTED IN LITIGATION

COMES NOW Kopy Kat Services, Inc. and Patrick Mark DeSantos and file their List of Entities that are Financially Interested in this litigation.

1. Kopy Kat Services, Inc.  (100% owned by Patrick Mark DeSantos)

2. Patrick Mark DeSantos

3. Robert Rodriquez

4. The Town of South Padre Island, Texas

LIST OF ENTITIES INTERESTED IN LITIGATION - Page 1

Respectfully submitted,

VIAL, HAMILTON, KOCH & KNOX, L.L.P.

By: _____
Scott Hayes
State Bar No. 09280050
1717 Main Street, Suite 4400
Dallas, Texas 75201-7388
(214)712-4400
(214)712-4402 (FAX)

ATTORNEYS FOR KOPY KAT SERVICES, INC. AND PATRICK M. DESANTOS

**LIST OF ENTITIES INTERESTED IN LITIGATION - Page 2**