IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 28 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk _O.H. Aldape_

Kopy Kat Services
Vs.
The Town of South Padre I.

CIVIL ACTION NO. B-01-019

## ORDER STRIKING FILINGS

BE IT REMEMBERED, that on __2/26/01__, the Court STRUCK the filing entitled __List of entities Interested in Litigation #5__ because it did not comply with one or more of the following Local Rules:

1. ____ Complaint lists more than one attorney, but does not designate the attorney-in-charge (LR 11.1).

2. ____ Filing in not signed by, or by permission of, the attorney-in-charge. (LR 11.3).

3. ✓ One or more of the following are not included beneath the attorney's signature:
   (a)     state bar number; or
   (b) ⊙   Southern District of Texas Federal Bar Number; or
   (c)     office address including zip code; or
   (d)     telephone and facsimile numbers with area codes (LR 11.3(A)).

4. ____ A copy of the filing was not provided (LR 5.2).

5. ____ No certificate of service, or an explanation why service is not required (LR 5.4, CrLR 12.4).

6. ____ No certificate of conference, and the motion is not a motion to dismiss, a motion for summary judgment, a motion for a more definite statement, or a motion to strike (LR7.1 (D), CrLR12.2).

7. ____ Motion is unopposed, and does not state "unopposed" in its caption (LR 7.2, CrLR 12.2).

8. ____ A separate proposed order was not attached (LR 7.1, CrLR 12.2).

DONE at Brownsville, Texas, this __26th__ day of __February, 2001__.

_Hilda Tagle_
Hilda G. Tagle
United States District Judge