IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



| | |
|---|---|
| **KOPY KAT SERVICES, INC.** | * |
| **AND PATRICK MARK DESANTOS** | * |
| | * |
| **VS** | *  C.A. NO. B-01-019 |
| | * |
| **THE TOWN OF SOUTH PADRE ISLAND, TEXAS AND ROBERT RODRIGUEZ** | * |

## NOTICE OF APPEARANCE OF COUNSEL

May it Please The Court:

COMES NOW, THE TOWN OF SOUTH PADRE ISLAND, TEXAS and the following individually named Defendant, ROBERT RODRIGUEZ, Individually and in his official capacity and file this Notice of Appearance of Counsel of Record.

All service of papers for purposes of the Federal Rules of Civil Procedure for defense counsel Ricardo J. Navarro and Mauro F. Ruiz should be directed to the following address:

    Ricardo J. Navarro
    Mauro F. Ruiz
    DENTON, McKAMIE & NAVARRO, P.C.
    Bank of America Building
    222 E. Van Buren #405
    Harlingen, Texas 78550

                                      Respectfully submitted,

DENTON, McKAMIE & NAVARRO
A Professional Corporation
Bank of America Building
222 E. Van Buren #405
Harlingen, Texas 78550
956/421-4904
956/421-3621 (fax)

By: *[signature: Ricardo J. Navarro]*
RICARDO J. NAVARRO
Attorney In Charge
State Bar No. 14829100
So.Dist ID No. 5953

*[signature: Mauro F. Ruiz]*
MAURO F. RUIZ
State Bar No. 24007960
So.Dist. ID No. 23774

## CERTIFICATE OF SERVICE

I certify that a true copy of this document has been sent by regular U.S. Mail, unless otherwise indicated to the persons listed below on the 28th day of February, 2001.

Mr. Scott E. Hayes        **By Fax & CMRRR No. 7000 1670 0013 4634 0033**
VIAL, HAMILTON, KOCH & KNOX, LLP
1717 Main Street, Ste. 4400
Dallas, Texas 75201

*[signature]*
RICARDO J. NAVARRO
MAURO F. RUIZ

KopyKat/Notice.App