*11*

```
IN THE UNITED STATES DISTRICT COURT
  FOR THE SOUTHERN DISTRICT OF TEXAS
           BROWNSVILLE DIVISION
```

United States District Court
Southern District of Texas
FILED

MAR 1 9 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| KOPY KAT SERVICES, INC. AND PATRICK MARK DESANTOS, § § § § | |
| Plaintiffs, § | CIVIL ACTION NO. B-01-019 |
| § | JURY DEMAND |
| V. § | |
| § | |
| THE TOWN OF SOUTH PADRE ISLAND, TEXAS AND ROBERT RODRIQUEZ, § § § § | |
| Defendants. § | |

### LIST OF ENTITIES INTERESTED IN LITIGATION

COMES NOW Kopy Kat Services, Inc. and Patrick Mark DeSantos and file their List of Entities that are Financially Interested in this litigation.

1. Kopy Kat Services, Inc. (100% owned by Patrick Mark DeSantos)

2. Patrick Mark DeSantos

3. Robert Rodriquez

4. The Town of South Padre Island, Texas

LIST OF ENTITIES INTERESTED IN LITIGATION - Page 1

Respectfully submitted,

VIAL, HAMILTON, KOCH & KNOX, L.L.P.

By: _____
Scott Hayes
State Bar No. 09280050
So. Dist Bar No. 25403
1717 Main Street, Suite 4400
Dallas, Texas 75201-7388
(214)712-4400
(214)712-4402 (FAX)

ATTORNEYS FOR KOPY KAT SERVICES, INC. AND PATRICK M. DESANTOS

Certificate of Service
_____

I mailed copy of this document to Defendants' counsel on March 16, 2001.

Scott Hayes
Attorney for Plaintiffs

**LIST OF ENTITIES INTERESTED IN LITIGATION - Page 2**