15

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 1 0 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Kopy Kat services, Inc., et al., | § | |
| Plaintiffs, | § § § | |
| v. | § | CIVIL ACTION NO. B-01-19 |
| Town of South Padre Island, et al., | § § § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on May 10, 2001, the Court considered City Defendants' Motion to Dismiss or for Summary Disposition [Dkt. No. 10], Plaintiffs' Response thereto [Dkt. No. 12], and the City Defendants' Reply [Dkt. No. 13]. For the following reasons, the Court **DENIES** the motion.

I.  **Introduction**

The Plaintiffs Kopy Kat Services, Inc. ("Kopy Kat") and Patrick Mark DeSantos, Kopy Kat's owner, bring suit against the Town of South Padre Island and Chief of Police Robert Rodriguez for disallowing the Plaintiffs from operating a motor scooter business on 2013 Padre Boulevard, located in a "C-2 district" on South Padre Island. The first count of the Plaintiffs' Original Complaint alleges a cause of action for violation of 42 U.S.C. § 1983. The Plaintiffs also allege a second count for declaratory relief and a third count for temporary injunction.

The Plaintiffs brought a separate motion seeking a temporary restraining order [Dkt. No. 7], which the Court denied [Dkt. No. 8]. The Court found that the Plaintiffs did not exhaust their administrative remedies because they failed to demonstrate that they applied for a permit to operate their business pursuant to the Town of South Padre Zoning Codes [Dkt. No. 8].

## II. The face of the Plaintiffs' complaint alleges a violation of the Fourteenth Amendment under 42 U.S.C. § 1983

In the instant motion, the Defendants claim that the face of the Plaintiffs' complaint fails to identify a federal question to confer subject matter jurisdiction on this Court. The Defendants point out that the Court has denied the Plaintiffs' application for a temporary restraining order, and argue that the Plaintiffs have requested no other relief which has not already been denied. As such, the Defendants assert that this case is ripe for dismissal.

However, contrary to the Defendants' assertions, the Plaintiffs' complaint does allege a federal question on its face. Indeed, the first count that the Plaintiffs plead is a violation of the Fourteenth Amendment under 42 U.S.C. § 1983 [Plaintiffs' Original Complaint, Dkt. No. 1, ¶¶ 18-19] based on the allegations that the Defendants engaged in a pattern of wrongful conduct in attempting to shut down the motor scooter business. Furthermore, the Defendants themselves admit that venue and jurisdiction are proper in this Court in their Answer [Dkt. No. 14, ¶ 9].

Therefore, the Court **DENIES** the Defendants' Motion to Dismiss or for Summary Disposition [Dkt. No. 10].

DONE at Brownsville, Texas, this 10th day of May 2001.

_____
Hilda G. Tagle
United States District Judge

2