17

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 1 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| KOPY KAT SERVICES, INC. <br> AND PATRICK MARK DESANTOS | * <br> * <br> * | |
| VS | * | C.A. NO. B-01-019 |
| | * | |
| THE TOWN OF SOUTH PADRE <br> ISLAND, TEXAS AND ROBERT <br> RODRIGUEZ | * <br> * <br> * | |

## CITY DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES

COME NOW THE TOWN OF SOUTH PADRE ISLAND and ROBERT RODRIGUEZ, Individually and Officially, (collectively "CITY DEFENDANTS'") and file this Certificate of Interested Persons:

Plaintiff:       Kopy Kat Services, Inc.
                 Patrick Mark DeSantos

Counsel:         Mr. Scott E. Hayes
                 VIAL, HAMILTON, KOCH & KNOX, LLP
                 1717 Main Street, Ste 4400
                 Dallas, Texas 75201
                 214/712-4540 (gen)
                 214/712-4402 (fax)

Defendants:      Town of South Padre Island, Texas
                 Robert Rodriguez, Individually and Officially

Counsel:         Mr. Ricardo J. Navarro
                 Mr. Mauro F. Ruiz
                 DENTON & NAVARRO, P.C.
                 Bank of American Building
                 222 E. Van Buren, Suite 405
                 Harlingen, Texas 78550
                 Phone: 956/421-4904
                 Fax: 956/421-3621

City Defendants' Cert.Interested Parties - Kopy Kat                    Page 1

SIGNED on the 11th day of June, 2001.

                Respectfully submitted,

                **DENTON & NAVARRO**
                A Professional Corporation
                Bank of America Building
                222 East Van Buren, Suite 405
                Harlingen, Texas 78550
                956/421-4904
                956/421-3621 (Fax)

By: _____
     RICARDO J. NAVARRO
     Attorney in Charge
     State Bar No. 14829100
     So. Dist. ID No. 5953
     MAURO F. RUIZ
     State Bar No. 24007960
     So. Dist. ID No. 23774

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this document has been sent by regular U.S. Mail unless otherwise indicated, to the person(s) listed below on this 11th day of June, 2001.

Mr. Scott Hayes  **By CMRRR No. 7000 1670 0013 4633 9624**
VIAL, HAMILTON, KOCH & KNOX, LLP
1717 Main Street, Ste 4400
Dallas, Texas 75201

_____
RICARDO J. NAVARRO
MAURO F. RUIZ

r:\KopyKat\Certificate