*18*

# Civil  Courtroom  Minutes

United States District Court
Southern District of Texas
FILED

JUN 18 2001

Michael N. Milby, Clerk of Court



JUDGE — Hilda G. Tagle

CASE MANAGER — Stella Cavazos

LAW CLERK — ■ Fajardo    □ Koerner

DATE — 6 | 18 | 2001

TIME — | a.m. / 2:30 p.m. — | a.m. / 2:45 p.m.

CIVIL ACTION — B | 01 | 019

STYLE — Kopy Kat, et al.
*versus*
Town of South Padre Island, et al.

DOCKET ENTRY

(HGT)   ■ Initial Pre-trial Conference        (Rptr.   Breck Record   )

Scott Hayes     for     Plaintiffs

Mauro Ruiz     for     Defendants

■     <u>Miscellaneous review set</u>: Plaintiff's amended pleadings due 6/26/01; any motions to dismiss due 7/31/01.

■     <u>Comments</u>:

(1)     Plaintiffs are to file amended pleadings by Tuesday, June 26, 2001 regarding whether they are suing Chief Rodriquez in an official or individual capacity, or both.

(2)     The Parties have agreed to scheduling dates; what they do not agree to is the scope of discovery.

    (i)     The Court will allow the deposition of the out-of-state witnesses, costs to be borne by the Plaintiffs.

    (ii)    Although the Court will allow depositions, the Court will not hesitate to tax the Plaintiffs for those costs if it finds that the line of questioning was duplicative of the depositions taken of the same witnesses in conformity with the state court's Rule 202 Order.

(3)     Any motions to dismiss are to be filed no later than July 31, 2001.