20

# UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

JUL 1 8 2001

| | § | |
|---|---|---|
| *Kopy Kat, et al* | § | |
| *versus* | § | CIVIL ACTION B- *01-019* |
| | § | Michael N. Milby, Clerk of Court |
| *Town of South Padre Island, et al* | § | By Deputy Clerk |

## Scheduling Order

1. Trial: Estimated time to try: **2-3** days.          ☐ Bench   ☒ Jury

2. New parties must be joined by/AMENDED PLEADINGS BY:          **6/26/01**

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:          **9/24/01**

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.          **11/12/01**

5. Discovery must be completed by:          **1/31/02**

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*   The court will provide these dates.   \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

6. Dispositive Motions will be filed by:          **2/20/02**

7. Joint pretrial order is due:          **4/18/02**

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:          **5/2/02**

9. Jury Selection is set for 9:00 a.m. on:          **5/6/02**

The case will remain on standby until tried.

   Signed   *July 17* , 2004, at Brownsville, Texas.

   Hilda G. Tagle
   United States District Judge

~~Counsel, please sign on the back~~