

United States District Court
Southern District of Texas
FILED

AUG 3 1 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| KOPY KAT SERVICES, INC. AND PATRICK MARK DESANTOS, § § § § Plaintiffs, § § V. § § THE TOWN OF SOUTH PADRE ISLAND, TEXAS AND ROBERT RODRIQUEZ, § § § § Defendants. § | CIVIL ACTION NO. B-01-019 |

## AMENDED CERTIFICATE OF CONFERENCE

On August 29, 2001 I conferred with Mauro Ruiz, Counsel for Defendants regarding Plaintiffs' Motion for Leave to Supplement Response to Defendants' Motion to Dismiss. Mr. Ruiz stated he did not oppose the relief requested in the Motion.

_____
Scott Hayes

**AMENDED CERTIFICATE OF CONFERENCE – Page 1**

Respectfully submitted,

VIAL, HAMILTON, KOCH & KNOX, L.L.P.
1717 Main Street, Suite 4400
Dallas, Texas 75201
Phone: (214) 712-4540
FAX: (214) 712-4402

By: /s/ Scott Hayes
SCOTT E. HAYES
State Bar No. 09280050
Southern District Federal #25403

ATTORNEY FOR PLAINTIFFS KOPY KAT SERVICES, INC. AND PATRICK MARK DESANTOS

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Amended Certificate of Conference to Plaintiffs' Motion for Leave to Supplement Response to Defendants' Motion to Dismiss has been forwarded to Mr. Mauro Ruiz, Denton & Navarro, Inc., 222 E. Van Buren, Suite 405, Harlingen, Texas 78550, by certified mail, return receipt requested, on August 30, 2001.

/s/ Scott Hayes
Scott Hayes

146787.1

**AMENDED CERTIFICATE OF CONFERENCE** – Page 2