IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



| | |
|---|---|
| KOPY KAT SERVICES, INC. AND PATRICK MARK DESANTOS, § § § § Plaintiffs, § § v. § § THE TOWN OF SOUTH PADRE ISLAND, TEXAS AND ROBERT RODRIQUEZ, § § § § § Defendants. § | CIVIL ACTION NO. B-01-019 |

## NOTICE OF APPEAL

Notice is hereby given that Kopy Kat Services, Inc. and Patrick Mark DeSantos, Plaintiffs in the above matter, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the final judgment (Order granting Defendants' Motion for Summary Judgment) entered in this action on the 25th day of January 2002.

Respectfully submitted,

VIAL, HAMILTON, KOCH & KNOX, L.L.P.
1717 Main Street, Suite 4400
Dallas, Texas 75201
Phone:  (214) 712-4540
FAX:  (214) 712-4402

By: _____
SCOTT E. HAYES
State Bar No. 09280050
Southern District Federal #25403

ATTORNEY FOR PLAINTIFFS KOPY KAT SERVICES, INC. AND PATRICK MARK DESANTOS

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Notice has been forwarded to Mr. Ricardo J. Navarro, Denton, Navarro & Bernal, 222 E. Van Buren, Suite 405, Harlingen, Texas 78550, by certified mail, return receipt requested on the 21st day of February, 2002.

_Scott Hayes_
Scott Hayes

162893 1