IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 02-40357

KOPY KAT SERVICES INC; PATRICK MARK DESANTOS

Plaintiffs - Appellants

v.

TOWN OF SOUTH PADRE ISLAND; ROBERT RODRIGUEZ

Defendants - Appellees

---

Appeal from the United States District Court for the
Southern District of Texas, Brownsville

---

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of June 10, 2002 for want of prosecution. The appellant failed to timely file brief and record excerpts.

                         CHARLES R. FULBRUGE III
                         Clerk of the United States Court
                         of Appeals for the Fifth Circuit

By: _____
     Mary Ann Lopiparo, Deputy Clerk

    FOR THE COURT - BY DIRECTION

DIS-2

A true copy
Test

Clerk, U. S. Court of Appeals, Fifth Circuit

_____
              Deputy

New Orleans, Louisiana   6-10-02